UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THUONG VAN TRAN,

        Plaintiff,

        v.                CIV. NO. S-05-0767-LKK-PAN

ORANGE COUNTY HEALTH AUTHORITY,

        Defendant.
_____/

JAMES CLAYWORTH, R.Ph., et al.,

        Plaintiffs,

        v.                CIV. NO. S-03-2110-DFL-PAN

DIANA BONTE, Director,      <u>NON-RELATED CASE ORDER</u>

        Defendant.
_____/

CALIFORNIA MEDICAL ASSOCIATION, et al.,

        Plaintiffs,

        v.                CIV. NO. S-03-2336-DFL-PAN

DIANA BONTE, Director,

        Defendant.
_____/

    A Notice of Related Cases was filed concerning the above-

1  captioned cases on May 12, 2005.  See Local Rule 83-123 (E.D.
2  Cal. 2005).  On review of the cases, the court finds that the
3  cases ought not be related or reassigned.  This order is issued
4  for informational purposes only, and shall have no effect on the
5  status of the cases, including any previous Related (or Non-
6  Related) Case Order of this court.
7       IT IS SO ORDERED.
8       DATED:  24 May 2005


                                    _____
                                    DAVID F. LEVI
                                    Chief United States District Judge

2