McGREGOR W. SCOTT
United States Attorney
David T. Shelledy
Assistant United State Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2799

Attorneys for Defendant Michael Leavitt
Secretary of the U.S. Department
of Health and Human Services

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUONG VAN TRAN, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ORANGE COUNTY HEALTH AUTHORITY, ET AL., <br><br> Defendants. | No. 2:05-CV-00767-LKK-PAN <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR ANSWER BY THE SECRETARY OF HEALTH AND HUMAN SERVICES |

Pursuant to Local Rule 6-142(a), and subject to the Court's approval, plaintiffs and defendant Michael Leavitt, Secretary of the U.S. Department of Health and Human Services ("the Secretary"), hereby stipulate to extend the time for the Secretary's answer or motion under Fed. R. Civ. P. 12 (currently due next Monday, June 20) to and including August 3, 2005.

The extension is needed because the claims asserted in this case could have significant implications for the federal budget, and the Department of Health and Human Services has not had adequate opportunity to prepare a litigation report addressing

1

1  all the legal issues, as required to file an adequate response.
2       No extension of time has previously been requested by or
3  granted to the Secretary in this matter.
4                                    Respectfully submitted,
5  Dated: June 14, 2005              McGREGOR W. SCOTT
                                     United States Attorney
6
7
                                 By:    /s/ David T. Shelledy
8                                    DAVID T. SHELLEDY
                                     Assistant U.S. Attorney
9                                    Attorneys for Defendant Leavitt
10
11
   Dated: June 14, 2005                /s/ Lynn S. Carman
12                                   LYNN S. CARMAN
                                     Attorney for Plaintiffs
13
14
15                                   ORDER
16      IT IS SO ORDERED.
17
   Dated:  July 12, 2005
18                                   /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
19                                   Senior Judge

2