UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THUONG VAN TRAN, et al.,

          NO. CIV. S-05-767 LKK/PAN

    Plaintiffs,

  v.                          O R D E R

ORANGE COUNTY HEALTH
AUTHORITY, et al.,

    Defendants.
                           /

    The court is in receipt of plaintiffs' counsel's ex parte application for leave to file his third motion for preliminary injunction in paper in lieu of the mandatory e-filing procedures. For the reasons set forth, the request is denied.

    Plaintiffs have successfully e-filed their motions for preliminary injunction on two prior occasions. In their third motion for preliminary injunction, plaintiffs may file a Request for Judicial Notice pointing the court to previously-filed exhibits contained within the record. There is no need to re-file such

1

1  documents.
2     Secondly, the main thrust of plaintiffs' counsel's request is
3  that he should be able to deliver voluminous papers to the Office
4  of the Clerk and that this court should shift his e-filing burden
5  to the Clerk of the Court.  The court will not do so.
6     Plaintiffs' counsel's ex parte application is denied.
7     IT IS SO ORDERED.
8     DATED:  July 29, 2005.

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

2