IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THUONG VAN TRAN, et al.,

      Plaintiffs,                    No. CIV S-05-767 LKK EFB

    vs.

ORANGE COUNTY HEALTH AUTHORITY, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS SO ORDERED.

DATED: September 6, 2006.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE